SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02931-JAM-CKD** |
| Plaintiff; | **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | |
| Harman Managers Investment, | |
| Defendant. | |

   IT IS HEREBY ORDERED THAT this action and third-party complaint be and is hereby dismissed With Prejudice pursuant to FRCP 41(a)(2).

Date:  3/6/2012

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-cv-02931-JAM-CKD- 1

PDF created with pdfFactory trial version www.pdffactory.com